UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY SHARP,

        Plaintiff,

  v.

DEPUTY SMITH, et al.,

        Defendants.

No.  2:24-cv-2866 WBS CSK P

ORDER

      Plaintiff, a former county prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On November 03, 2025, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations (ECF No. 14) are adopted in full; and

      2. The following claims raised in the third amended complaint are dismissed: 1) the

1

claims raised against defendant Sacramento County in claims one, two, four, six, seven and eight; 2) claim five alleging retaliation against defendants Cervetti, Smith, Barrera, Yang and Mora; 3) claim eight alleging excessive solitary confinement against defendants Her and Cervantes; and 4) all claims against defendant Tracy, RN.

Dated:  December 9, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/shar24cv2866.800