UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SHARP, | No. 2:24-cv-2866 WBS CSK P |
| Plaintiff, | |
| v. | ORDER |
| DEPUTY SMITH, et al., | |
| Defendants. | |

Plaintiff is a former county prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On December 12, 2025, this Court granted plaintiff thirty days to submit documents required for service of defendants. (ECF No. 16.) Pending before the Court is plaintiff's motion for extension of time to comply with the court's December 12, 2025 order. (ECF No. 17.) Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 17) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to submit service documents.

Dated: January 16, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

shar2866.36(2)/2